IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| LLOYD STEVEN TOWNSELL | § | CASE NO. 18-11615 |
| DEBTOR | § | CHAPTER 7 |

## MOTION TO CONVERT FROM CHAPTER 7 TO CHAPTER 13

To the Honorable United States Bankruptcy Judge:

**This pleading requests relief that may be adverse to your interest.**

**If not timely response is filed within twenty one (21) days from the date of service, the relief requested in the motion will be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

LLOYD STEVEN TOWNSELL, Debtor herein, by and through his attorney and hereby file this NOTICE OF CONVERSION TO CHAPTER 13, and as grounds therefore would show the Court the following:

1. The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on 12/7/18.

2. The Debtor is eligible under section 109 of the bankruptcy Code to be Debtors under Chapter 13.

3. This case has not previously been converted.

4. The Debtor wishes to convert the case to a Chapter 13 because the Debtor cannot complete the Chapter 13 Plan.

Respectfully submitted,
HICKSON LAW, P.C.

/s/Elizabeth Hickson
Elizabeth J. Hickson, SB NO. 09586000
4833 Spicewood Springs Rd., #200
Austin, TX 78759
(512) 346-8597 phone
(512) 346-2047 fax
Attorney for Debtor

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 9013(g), the above signed hereby certifies that on  1/22/19, a true and correct copy of the foregoing document was served by regular first class mail upon the following parties-in-interest:

Via electronic notice
info@satijatrustee.com
rsatija@satijatrustee.com
ecf@satijatrustee.com
rs135@trustesolutions.com
RS135@trustesolutions.net
rsatija@ecf.inforuptcy.com

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701
ustpregion07.au.ecf@usdoj.gov

Lloyd Steven Townsell
470 Holly Grove Street
Kyle, TX 78640

and to all creditors listed on the creditors matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 18-11615-tmd<br>Western District of Texas<br>Austin<br>Tue Jan 22 16:26:37 CST 2019 | United States Trustee (SMG17)<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| 1st National Bank<br>PO Box 2509<br>Omaha, NE 68103-2509 | 1st Savings Bank<br>PO Box 2509<br>Omaha, NE 68103-2509 | Blaze Credit Bank<br>PO Box 2509<br>Omaha, NE 68103-2509 |
| Car America<br>PO Box 1482<br>Lockhart, TX 78644 | Credit One Bank<br>PO Box 60500<br>City of Industry, CA 91716-0500 | Flagship Credit<br>PO Box 965<br>Chadsford, PA 19317-0643 |
| Hays CISD<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Hays County<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Home US Credit<br>PO Box 2394<br>Omaha, NE 68103-2394 |
| Indigo Bank<br>PO Box 4488<br>Beaverton, OR 97076-4402 | Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Ocwen Loan Servicing<br>Codilis & Stawiarski, PC<br>400 N Sam Houston Pkwy E #900A<br>Houston, TX 77060-3548 |
| Ocwen Loan Svcg<br>c/o Codilis & Stawiarski PC<br>400 N Sam Houston Pkwy E #900A<br>Houston, TX 77060-3548 | Ocwen Mortgage<br>PO Box 24736<br>West Palm Beach, FL 33416-4736 | Total Visa Card<br>PO Box 85710<br>Sioux Falls, SD 57118-5710 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Waterleaf HOA<br>11149 Research, Suite 100<br>Austin, tX 78759-5227 | Lloyd Steven Townsell<br>4709 Holly Grove St.<br>Kyle, TX 78640 |
| Ron Satija<br>P.O. Box 660208<br>Austin, TX 78766-7208 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     0<br>Total                  21 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| LLOYD STEVEN TOWNSELL | § | CASE NO. 18-11615 |
| DEBTOR | § | CHAPTER 7 |

## ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13

On this day came to be considered DEBTOR'S MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13. The Court having reviewed the facts in support of such Motion finds the Motion was proper, the notice was proper, and that no responses having been filed, finds that the conversation should be granted.

It is THEREFORE ORDERED that the Debtor's MOTION TO CONVERT THE CASE FROM CHAPTER 7 TO CHAPTER 13 is granted.

###

Elizabeth J. Hickson, SBA 09586000
Hickson Law, P.C.
4833 Spicewood Springs Road
Suite 200
Austin, TX 78759
(512)346-8597 phone
(512)346-2047 fax